UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
ATTUNE CAPITAL GROUP, LLC et al.,                              :
                                                               :   **DISMISSAL ORDER**
                                       Plaintiffs,             :
              v.                                               :   18 Civ. 6779 (AKH)
                                                               :
DOE,                                                           :
                                                               :
                                       Defendant.              :
                                                               :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The action in the above-captioned matter against an unidentified person began ex parte by obtaining a temporary restraining order under the Defend Trade Secrets Act, 18 U.S.C. § 1836 et seq., for the purpose of obtaining discovery against Google and other internet service providers.  The individual plaintiff appeared pro se; the limited partner has not appeared.  A Certificate of Default was signed by the Clerk on February 14, 2020 (ECF 25), and then vacated because of plaintiffs' failure to serve a named person.  Since then, nothing has happened.

        The case is dismissed for lack of prosecution.  *See* R. 41(b), Fed. R. Civ. P.  The Clerk shall close the file.

SO ORDERED.

Dated:    September 30, 2021                            /s/ Alvin K. Hellerstein
             New York, New York                          ALVIN K. HELLERSTEIN
                                                                     United States District Judge